IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE SANDERA,

        Plaintiff,

  v.

BANK OF AMERICA CORPORATION, et al.,

        Defendants
                                           /

No. 07-0034 MMC

**ORDER NOTIFYING COUNSEL OF REQUIREMENT TO REGISTER AS ECF USER**

A review of the file indicates that the following attorneys are not registered for electronic service in this e-filing case:

    Wayne S. Kreger
    Milstein, Adelman & Kreger LLP
    2800 Donald Douglas Loop North
    Santa Monica CA 90405

    Jason J. Rudolph
    Milstein, Adelman & Kreger LLP
    2800 Donald Douglas Loop North
    Santa Monica CA 90405

In an e-filing case, the Clerk does not serve counsel by mail with orders e-filed by the Court. See General Order 45(IX)(D). If counsel wish to be served with documents filed by the Court, counsel must register pursuant to Civil Local Rule 5-4 and General Order 45. Forms and instructions concerning registration can be found on the district court's web site, ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: January 8, 2007

                                      MAXINE M. CHESNEY
                                      United States District Judge

Dockets.Justia.com