United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE SANDERA,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION, et al.,

    Defendants

No. 07-0034 MMC

**ORDER NOTIFYING COUNSEL OF REQUIREMENT TO REGISTER AS ECF USER**

A review of the file indicates that the following attorneys are not registered for electronic service in this e-filing case:

| | |
|---|---|
| Wayne S. Kreger<br>Milstein, Adelman & Kreger LLP<br>2800 Donald Douglas Loop North<br>Santa Monica CA 90405 | Jason J. Rudolph<br>Milstein, Adelman & Kreger LLP<br>2800 Donald Douglas Loop North<br>Santa Monica CA 90405 |

In an e-filing case, the Clerk does not serve counsel by mail with orders e-filed by the Court. See General Order 45(IX)(D). If counsel wish to be served with documents filed by the Court, counsel must register pursuant to Civil Local Rule 5-4 and General Order 45. Forms and instructions concerning registration can be found on the district court's web site, ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: January 8, 2007

MAXINE M. CHESNEY
United States District Judge