```
 1  WILLIAM L. STERN (BAR NO. 96105)
    MIMI YANG (BAR NO. 229514)
 2  MORRISON & FOERSTER LLP
    425 Market Street
 3  San Francisco, California 94105-2482
    Telephone: 415.268.7000
 4  Facsimile: 415.268.7522

 5  MARK P. LADNER
    WILLIAM R. WADE-GERY
 6  MORRISON & FOERSTER LLP
    1290 Avenue of the Americas
 7  New York, NY 10104-0050
    Telephone: 212.468.8000
 8  Facsimile: 212.468.7900

 9  Attorneys for Defendants
    BANK OF AMERICA CORPORATION AND
10  BANK OF AMERICA, N.A.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE SANDERA, individually and on behalf of all others similarly situated and the general public, | Case No. C-07-00034-MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |
| v. | |
| BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA, N.A., a Delaware Corporation; and DOES 1-100, inclusive, | |
| Defendants. | |

WHEREAS the above-captioned action was removed to this Court from State court on January 4, 2007; and

WHEREAS Defendants Bank of America Corporation and Bank of America, N.A. (collectively, "Bank of America") is currently required to file a responsive pleading thereto on January 19, 2007; and

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 07-00034-MMC
sf-2256494

1      WHEREAS, pursuant to Local Rule 6-1(a), the parties to this action, through their counsel
2  of record, have agreed to extend the time for Bank of America to answer or otherwise plead in
3  response to the complaint in this matter;
4      IT IS HEREBY STIPULATED that Bank of America may answer or otherwise plead in
5  response to the complaint in this matter on or before February 20, 2007.
6      IT IS SO STIPULATED.

7  Dated: January 18, 2007      WILLIAM L. STERN
                                                   MIMI YANG
8                                                       MARK P. LADNER
                                                      WILLIAM R. WADE-GERY
9                                                       MORRISON & FOERSTER LLP

10

11                                             By: /s/ William Stern / MY
12                                                       William L. Stern

                                                      Attorneys for Defendants
13                                                       BANK OF AMERICA CORPORATION AND
                                                      BANK OF AMERICA, N.A.
14

15

16 Dated: January 18, 2007      WAYNE S. KREGER
                                                    JASON J. RUDOLPH
17                                                       MILSTEIN, ADELMAN & KREGER LLP

18

19
                                            By: _____
20                                                      Wayne S. Kreger

                                                      Attorneys for Plaintiff
21                                                       KYLE SANDERA

22

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25 Dated: January ___, 2007        _____
26                                                       Honorable Maxine M. Chesney
                                                      United States District Judge
27

28

1  WHEREAS, pursuant to Local Rule 6-1(a), the parties to this action, through their counsel
2  of record, have agreed to extend the time for Bank of America to answer or otherwise plead in
3  response to the complaint in this matter;
4  IT IS HEREBY STIPULATED that Bank of America may answer or otherwise plead in
5  response to the complaint in this matter on or before February 20, 2007.
6  IT IS SO STIPULATED.

Dated: January 18, 2007

WILLIAM L. STERN
MIMI YANG
MARK P. LADNER
WILLIAM R. WADE-GERY
MORRISON & FOERSTER LLP

By: _____
William L. Stern

Attorneys for Defendants
BANK OF AMERICA CORPORATION AND
BANK OF AMERICA, N.A.

Dated: January 18, 2007

WAYNE S. KREGER
JASON J. RUDOLPH
MILSTEIN, ADELMAN & KREGER LLP

By: _____
Wayne S. Kreger

Attorneys for Plaintiff
KYLE SANDERA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 22, 2007

_____
Honorable Maxine M. Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 07-00034-MMC
sf-2256494