1  WILLIAM L. STERN (BAR NO. 96105)
   MIMI YANG (BAR NO. 229514)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  MARK P. LADNER
   WILLIAM R. WADE-GERY
6  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
7  New York, NY 10104-0050
   Telephone: 212.468.8000
8  Facsimile: 212.468.7900

9  Attorneys for Defendants
   BANK OF AMERICA CORPORATION AND
10 BANK OF AMERICA, N.A

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15 KYLE SANDERA, individually and on behalf of      Case No. C-07-00034-MMC
   all others similarly situated and the general
16 public,
                                                    STIPULATION AND [PROPOSED]
17               Plaintiff,                          ORDER EXTENDING TIME FOR
                                                    DEFENDANTS TO RESPOND TO
18        v.                                         COMPLAINT

19 BANK OF AMERICA CORPORATION, a
   Delaware Corporation; BANK OF AMERICA,
20 N.A., a Delaware Corporation; and DOES 1-100,
   inclusive,
21
                 Defendants.
22

23

24        WHEREAS the above-captioned action was removed to this Court from State court on

25 January 4, 2007; and

26        WHEREAS Defendants Bank of America Corporation and Bank of America, N.A.

27 (collectively, "Bank of America") is currently required to file a responsive pleading thereto on

28 January 19, 2007; and

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 07-00034-MMC
sf-2256494

1  WHEREAS, pursuant to Local Rule 6-1(a), the parties to this action, through their counsel

2  of record, have agreed to extend the time for Bank of America to answer or otherwise plead in

3  response to the complaint in this matter;

4  IT IS HEREBY STIPULATED that Bank of America may answer or otherwise plead in

5  response to the complaint in this matter on or before February 20, 2007.

6  IT IS SO STIPULATED.

7  Dated: January 18, 2007          WILLIAM L. STERN
                                    MIMI YANG
8                                   MARK P. LADNER
                                    WILLIAM R. WADE-GERY
9                                   MORRISON & FOERSTER LLP

10

11                                  By: William Stern / MY
                                        William L. Stern
12
                                    Attorneys for Defendants
13                                  BANK OF AMERICA CORPORATION AND
                                    BANK OF AMERICA, N.A.
14

15

16 Dated: January 18, 2007          WAYNE S. KREGER
                                    JASON J. RUDOLPH
17                                  MILSTEIN, ADELMAN & KREGER LLP

18

19                                  By: _____
20                                      Wayne S. Kreger

21                                  Attorneys for Plaintiff
                                    KYLE SANDERA
22

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25 Dated: January ___, 2007          _____
26                                   Honorable Maxine M. Chesney
                                     United States District Judge
27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 07-00034-MMC
sf-2256494

1  WHEREAS, pursuant to Local Rule 6-1(a), the parties to this action, through their counsel

2  of record, have agreed to extend the time for Bank of America to answer or otherwise plead in

3  response to the complaint in this matter;

4  IT IS HEREBY STIPULATED that Bank of America may answer or otherwise plead in

5  response to the complaint in this matter on or before February 20, 2007.

6  IT IS SO STIPULATED.

7  Dated: January 18, 2007                    WILLIAM L. STERN
                                              MIMI YANG
8                                             MARK P. LADNER
                                              WILLIAM R. WADE-GERY
9                                             MORRISON & FOERSTER LLP

10

11                                            By: _____
12                                                 William L. Stern

13                                            Attorneys for Defendants
                                              BANK OF AMERICA CORPORATION AND
                                              BANK OF AMERICA, N.A.

14

15

16  Dated: January 18, 2007                   WAYNE S. KREGER
                                              JASON J. RUDOLPH
17                                            MILSTEIN, ADELMAN & KREGER LLP

18

19                                            By: _____
20                                                 Wayne S. Kreger

21                                            Attorneys for Plaintiff
                                              KYLE SANDERA

22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  Dated: January 22, 2007                   _____
26                                            Honorable Maxine M. Chesney
                                              United States District Judge

27

28