WILLIAM L. STERN (BAR NO. 96105)
MIMI YANG (BAR NO. 229514)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARK P. LADNER
WILLIAM R. WADE-GERY
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendants
BANK OF AMERICA CORPORATION AND
BANK OF AMERICA, N.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE SANDERA, individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA, N.A., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C-07-00034-MMC<br><br>**STIPULATION AND ORDER TO STAY THE ACTION AND TO TAKE MOTION OFF CALENDAR** |

WHEREAS, Defendants Bank of America Corporation and Bank of America, N.A. (collectively, "Bank of America") filed on January 8, 2007 a motion to stay all proceedings in this action pending a determination by the Judicial Panel on Multidistrict Litigation (the "MDL Panel") on whether to transfer this action to the Southern District of New York (the "MDL

sf-2260275

1  Court") for consolidation in the multidistrict litigation proceeding *In re Foreign Currency
2  Conversion Antitrust Litigation* (MDL 1409) (the "MDL Proceeding") and the MDL Court's
3  entry of an appropriate order regarding the future conduct of this action (the "Motion to Stay");
4  and

   WHEREAS, the Motion to Stay was set for hearing on Monday, February 12, 2007, at
6  9:30 a.m., and

   WHEREAS, the parties have agreed that staying this action will result in the conservation
8  of the Court's and the parties' resources; and

   WHEREAS, the parties have previously stipulated to extend the time for Defendants to
10 respond to Plaintiff's complaint in this action;

   IT IS HEREBY STIPULATED by and between parties to this action, through their
12 counsel of record, as follows:

   1. Plaintiff will not file any written opposition to Defendants' Motion to Stay;
   2. This action will be stayed pending the Judicial Panel on Multidistrict Litigation's determination of whether to transfer this action to a multidistrict litigation proceeding in the Southern District of New York and the MDL Court's issuance of an appropriate order regarding the future conduct of this action; and
   3. The hearing for the Motion to Stay currently set for February 12, 2007 will be taken off calendar without prejudice to Defendants' re-noticing such motion for hearing if necessary.

   IT IS SO STIPULATED.

sf-2260275

I, William L. Stern, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Stay the Action and to Take Motion Off Calendar. I hereby attest that Wayne S. Kreger has concurred in this filing.

Dated: January 26, 2007

WILLIAM L. STERN
MIMI YANG
MARK P. LADNER
WILLIAM R. WADE-GERY
MORRISON & FOERSTER LLP

By:   /s/ William L. Stern
      William L. Stern

Attorneys for Defendants
BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.

Dated: January 26, 2007

WAYNE S. KREGER
JASON J. RUDOLPH
MILSTEIN, ADELMAN & KREGER LLP

By:   /s/ Wayne S. Kreger
      Wayne S. Kreger

Attorneys for Plaintiff
KYLE SANDERA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 29, 2007

_____
Honorable Maxine M. Chesney
United States District Judge

sf-2260275