A CERTIFIED TRUE COPY

JUN - 8 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUN - 8 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1409

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE CURRENCY CONVERSION FEE ANTITRUST LITIGATION*

*Kyle Sandera v. Bank of America Corp., et al.,* N.D. California, C.A. No. 3:07-34

*BEFORE WM. TERRELL HODGES,[*] CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,[*] KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

*TRANSFER ORDER*

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in this Northern District of California action to vacate the Panel's order conditionally transferring the action to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Defendants Bank of America Corp. and Bank of America, N.A. (collectively Bank of America) oppose the motion to vacate and favor inclusion of the action in the MDL-1409 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that this action involves common questions of fact with the actions in this litigation previously transferred to the Southern District of New York, and that transfer of this action to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Southern District of New York was a proper Section 1407 forum for actions involving allegations that the MDL-1409 defendant credit card networks and banks, including Bank of America, adopted and implemented unlawful foreign currency conversion policies. *See In re Currency Conversion Fee Antitrust Litigation*, 162 F.Supp.2d 691 (J.P.M.L. 2001). Moreover, the transferee court is well situated to determine the preclusive effect, if any, of the MDL-1409 settlement upon plaintiff's claims in this Northern District of California action.

---

[*] Judges Hodges and Miller took no part in the decision of this matter.

A CERTIFIED COPY
J. MICHAEL McMAHON
CLERK

BY _____
DEPUTY CLERK

- 2 -

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable William H. Pauley III for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

                                                             FOR THE PANEL:

                                                             D. Lowell Jensen
                                                             Acting Chairman

## INVOLVED COUNSEL LIST
## DOCKET NO. 1409
## IN RE CURRENCY CONVERSION FEE ANTITRUST LITIGATION

Daniel B. Allanoff
Meredith, Cohen, Greenfogel & Skirnick, P.C.
117 South 17th Street
22nd Floor
Philadelphia, PA 19103

Charles E. Buffon
Covington & Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, DC 20044

George A. Cumming
Brobeck, Phleger & Harrison, LLP
One Market, Spear Tower
San Francisco, CA 94105

Merrill G. Davidoff
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Charles W. Douglas
Sidley Austin LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Jay N. Fastow
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Peter E. Greene
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
New York, NY 10036

Alan S. Kaplinsky
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103

Mark P. Ladner
Morrison & Foerster, LLP
1290 Avenue of Americas
40th Floor
New York, NY 10104

M. Laurence Popofsky
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

Jason Jerome Rudolph
Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

William L. Stern
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Dennis Stewart
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

**RECEIVED**

J. Michael McMahon
Clerk

**JUN 1 8 2007**

USDC ND OF CALIFORNIA

Date: 6/12/07

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

MDL    1409

| Your Docket # | S.D. OF N.Y. |
|---|---|
| 3:07-34 | 07 CV 5583 |

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge PAULEY for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

By:
MDL Unit